MAX BERGEN and Another, Copartners, etc., Respondents, v. AMERICAN EXCHANGE PACIFIC NATIONAL BANK, Appellant.— Judgment modified by reducing the amount thereof as entered to the sum of six cents, and as so modified affirmed, with costs to the appellant. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

ANTON LOHBERGER, Respondent, v. RITZ IMPORT AND EXPORT CORPORATION and Others, Appellants.— Order entered May 4, 1928, affirmed, with ten dollars costs and disbursements. Appeal from order entered March 22, 1928, dismissed. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

GENERAL PENCIL COMPANY, INC., Appellant, v. ISAAC A. BERNSON, Defendant, Impleaded with PERCY M. ZUCKER, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

In the Matter of the Judicial Settlement of the Accounts of JOSHUA KANTRO-WITZ, as Executor, etc., of MARY ELIZABETH KIDD, Deceased. HELEN BOWMAN, Appellant; JOSHUA KANTROWITZ, as Executor, etc., Respondent.— Decree so far as appealed from affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

In the Matter of Proving the Codicil to the Last Will and Testament of GEORGE WAGNER, Deceased.— Decree and order affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

EFFIE L. PLADWELL, Appellant, v. TRAVELERS INSURANCE COMPANY, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

JESSIE M. MURPHY, as Administratrix, etc., of EDWARD A. MURPHY, Deceased, Appellant, v. THE TRAVELERS INSURANCE COMPANY, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.; Dowling, P. J., dissents on the authority of Arnold v. Equitable Life Assurance Soc. (228 Fed. 157).

EASTERN OPTICAL CO., INC., Appellant, v. GENERAL OPTICAL CO., INC., and Another, Respondents.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

HELEN REIFER and Another, Respondents, v. UNION SERVICE STATION, INC., Appellant, Impleaded, etc.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

MARY SHAPIRO, Respondent, v. BARNEY'S OMNIBUS SERVICE CORPORATION, Appellant. SAM SHAPIRO, Respondent, v. BARNEY'S OMNIBUS SERVICE CORPORATION, Appellant.— Judgments and orders affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.; Merrell, J., dissents on the ground that the testimony of the policeman as to the number of the taxicab was inadmissible as hearsay, and there was no other identification of the car.

CORDAY REALTY CORPORATION, Respondent, v. ANNA FIELD, Appellant, Impleaded, etc.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.